March 17, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF JAMILEH MERRIKH AND
DAVID HOSSIEN MERRIKH

NO. 14-14-00024-CV

_____

This cause, two appeals, one by David Merrikh and one by Noorollah Merrikh and Zarine Motlagh, from the judgment in favor of Jamileh Merrikh, signed October 11, 2013, was heard on the transcript of the record.

With regard to David Merrikh's appeal, we have inspected the record and find no error in the judgment. Therefore, as it pertains to David Merrikh, we order the judgment of the court below **AFFIRMED**.

With regard to Noorollah Merrikh and Zarine Motlagh's appeal, we have inspected the record and find no error in the judgment. Therefore, as it pertains to Noorollah Merrikh and Zarine Motlagh, we order the judgment of the court below **AFFIRMED**.

We order David Merrikh, Noorollah Merrikh, and Zarine Motlagh, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.